**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 20, 2020**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| GLENN CURTIS SUTTON, JR. ) | Case No. 17-14455 |
| MARILYN L. SUTTON ) | Chapter 13 |
| ) | Judge Buchanan |
| Debtor(s) ) | |
| ) | |

**ORDER CONTINUING AUTOMATIC STAY AND SCHEDULING FINAL HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY [Docket Number 83]**

This matter is before this Court on Creditor, Home Point Financial Corporation's, *Motion for Relief from Stay pursuant to 11 U.S.C. § 362(d)* [Docket Number 83], and Debtor(s)' *Response* [Docket Number 88].

This matter is set for hearing before the Honorable Beth A. Buchanan, United States Bankruptcy Judge on **August 6, 2020, at 2:00 p.m.** The stay imposed by 11 U.S.C. § 362(a) is hereby continued in effect until the hearing is concluded or the Court orders otherwise.

Given the concerns surrounding COVID-19 (Coronavirus), **this hearing will be conducted telephonically**. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Notice Regarding Scheduled Hearings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab.

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

Any party intending to present documentary evidence shall, **not later than three (3) business days prior to the hearing**, (i) file with the court and exchange with opposing party exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016−1, Attachment B, and (ii) file with the court and exchange with opposing party any exhibit which the party intends to present.

If it becomes clear during the hearing that witness testimony is necessary for resolution of the matter, the hearing will be converted to a telephonic status conference and a future date for an evidentiary hearing will be scheduled.

**Should any party fail to attend the telephonic hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including dismissal or denial of the Motion, granting of the requested relief or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List