**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 20, 2020**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **GLENN CURTIS SUTTON, JR.** | ) | **Case No. 17-14455** |
| **MARILYN L. SUTTON** | ) | **Chapter 13** |
| | ) | **Judge Buchanan** |
| **Debtor(s)** | ) | |
| | ) | |

**ORDER CONTINUING AUTOMATIC STAY AND SCHEDULING FINAL HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY [Docket Number 83]**

This matter is before this Court on Creditor, Home Point Financial Corporation's, *Motion for Relief from Stay pursuant to 11 U.S.C. § 362(d)* [Docket Number 83], and Debtor(s)' *Response* [Docket Number 88].

This matter is set for hearing before the Honorable Beth A. Buchanan, United States Bankruptcy Judge on **August 6, 2020, at 2:00 p.m.** The stay imposed by 11 U.S.C. § 362(a) is hereby continued in effect until the hearing is concluded or the Court orders otherwise.

Given the concerns surrounding COVID-19 (Coronavirus), **this hearing will be conducted telephonically**. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Notice Regarding Scheduled Hearings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab.

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

Any party intending to present documentary evidence shall, **not later than three (3) business days prior to the hearing**, (i) file with the court and exchange with opposing party exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016−1, Attachment B, and (ii) file with the court and exchange with opposing party any exhibit which the party intends to present.

If it becomes clear during the hearing that witness testimony is necessary for resolution of the matter, the hearing will be converted to a telephonic status conference and a future date for an evidentiary hearing will be scheduled.

**Should any party fail to attend the telephonic hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including dismissal or denial of the Motion, granting of the requested relief or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List

United States Bankruptcy Court
Southern District of Ohio

In re:  
Glenn Curtis Sutton, Jr.  
Marilyn L. Sutton  
      Debtors

Case No. 17-14455-bab  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0648-1     User: dabneys     Page 1 of 1     Date Rcvd: Jul 21, 2020  
                    Form ID: pdf01     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.  
db/jdb     +Glenn Curtis Sutton, Jr.,    Marilyn L. Sutton,    102 Wendell Shieener Rd,    West Union, OH 45693-9335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:

       Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov  
       D. Anthony Sottile    on behalf of Creditor    Home Point Financial Corporation bankruptcy@sottileandbarile.com  
       Gregory M. Wetherall    on behalf of Joint Debtor Marilyn L. Sutton greg@cincinnatibankruptcy.com, julie@cincinnatibankruptcy.com;wetherallecf@gmail.com;officelr70728@notify.bestcase.com  
       Gregory M. Wetherall    on behalf of Debtor Glenn Curtis Sutton, Jr. greg@cincinnatibankruptcy.com, julie@cincinnatibankruptcy.com;wetherallecf@gmail.com;officelr70728@notify.bestcase.com  
       John A Schuh    on behalf of Creditor    Ford Motor Credit Company, LLC jaschuhohecf@swohio.twcbc.com  
       Margaret A Burks    Cincinnati@cinn13.org  
       Molly Slutsky Simons    on behalf of Creditor    Home Point Financial Corporation bankruptcy@sottileandbarile.com  
       Richard John LaCivita    on behalf of Creditor    Credit Acceptance Corporation bknoticesouth@reimerlaw.com  
       Steven Henry Patterson    on behalf of Creditor    Deutsche Bank National Trust Company ohbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com  
                                               TOTAL: 9